# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS   Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Robert R. Clark

_____

Civil Case # 1:18-cv-02414-RLY-TAB

_____

### <u>NOTICE OF APPEARANCE</u>

To:  The Clerk of the Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Robert R. Clark.

Dated: April 14, 2025.      Respectfully submitted,

               _/s/ Thomas Wm. Arbon_____
               Thomas Wm. Arbon, TX Bar No. 01284275
               **Ben Martin Law Group, PLLC**
               3141 Hood Street, Suite 600
               Dallas, TX 75219
               Tel.:  (214) 761-6614
               Fax:  (214) 744-7590
               tarbon@bencmartin.com

               ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
